[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-11140
Non-Argument Calendar

_____

D.C. Docket No. 6:14-cr-00119-RDB-DAB-1


UNITED STATES OF AMERICA,

Plaintiff - Appellee,


versus


EUGENE ANTONIO GOVAN,

Defendant - Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 9, 2015)

Before WILLIAM PRYOR, JILL PRYOR and FAY, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Eugene Govan in this direct criminal

appeal, has moved to withdraw from further representation of Mr. Govan and

prepared a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mr. Govan's conviction and sentence are **AFFIRMED**.  Because the final judgment incorrectly listed the offense of conviction as 18 U.S.C. §§ 922(g)(1), 924(e)(4)—and because § 924 subsection (e)(4) does not exist—we **VACATE** and **REMAND** for the limited purpose of correcting this clerical error.